Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
TERRY MORRIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TERRY MORRIS, | ) Case No.: |
| Plaintiff, | ) COMPLAINT AND DEMAND FOR |
| | ) JURY TRIAL |
| v. | ) |
| | ) (Unlawful Debt Collection Practices) |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | ) |
| Defendant. | ) |

**VERIFIED COMPLAINT**

Plaintiff, TERRY MORRIS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act (RFDCPA), Cal. Civ. Code §1788, *et seq.*

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Riverbank, Stanislaus County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in San Diego, California

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Plaintiff's alleged debt owed to Capital One Bank arises from transactions for personal, family, and household purposes.

13. Defendant calls Plaintiff and leaves voice messages, asking Plaintiff to call Defendant at 800-858-1496 and 888-634-5402. *See* Transcribed Voicemail Message, attached hereto as Exhibit A.

14. Defendant places telephone calls without meaningful disclosures of the caller's identity. *See* Exhibit A.

15. Defendant failed to disclose in subsequent communications that the calls were from a debt collector. *See* Exhibit A.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    c. Defendant violated §1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    d. Defendant violated §1692e(10) of the FDCPA by using false and deceptive means in an attempt to collect a debt.

    e. Defendant violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, TERRY MORRIS, respectfully requests judgment be entered against Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

19. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

21. Defendant violated the RFDCPA based on the following:

    a. Defendant violated §1788.11(b) of the RFDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    b. Defendant violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692, *et seq.*

WHEREFORE, Plaintiff, TERRY MORRIS, respectfully requests judgment be entered against Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., for the following:

22. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

24. Any other relief that this Honorable Court deems appropriate.

///

///

///

///

///

///

PLAINTIFF'S COMPLAINT

1 **DEMAND FOR JURY TRIAL**

2     PLEASE TAKE NOTICE that Plaintiff, TERRY MORRIS, demands a jury trial in this

3 case.

4

5                                 RESPECTFULLY SUBMITTED,

6 DATED: January 28, 2011        KROHN & MOSS, LTD.

7

8                            By: /s/ Michael S. Agruss

9                                Michael S. Agruss
                               Attorney for Plaintiff,
10                               TERRY MORRIS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, TERRY MORRIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TERRY MORRIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1-26-11

_Terry Morris_
TERRY MORRIS

PLAINTIFF'S COMPLAINT

# **Exhibit A**

**Terry Morris v. AllianceOne Receivables Management, Inc.**

*December 6th, 4:10 p.m.*
Hi Ireeta or Terry Morris, this is Michael Bournaman.  Please return the call to my office at 1-800-858-1496.

*December 3rd, 12:05 p.m.*
Hi good afternoon Ireeta Morris, this is Michael Bournaman.  Ireeta I am trying to get in contact with Terry Morris.  If you could, please have him return my call.  My number is 1-800-858-1496, again the number is 1-800-858-1496.  Thank you.

Terry or Ireeta Morris, this is Michael Bournaman.  Please return a call to my office at 1-800-858-1496.  Thank you.

Good morning, Terry or Ireeta Morris, this is Michael Bournaman.  Please return a call to my office at 1-800-858-1496.  Thank you.

*Tuesday, 3:17 p.m.*
Terry or Ieeita Morris, this is Michael Bournaman.  Please return a call to my office at 1-800-858-1496.  Thank you.

*Tuesday, 2:32 p.m.*
Terry or Ireeta Morris, this is Michael Bournaman.  Please return a call to my office at 1-800-858-1496.  Again that number is 1-800-858-1496.  Thank you.

*December 14th, 3:17 p.m.*
Ireeta or Terry Morris, this is Michael Bournaman.  Please return a call to my office at 1-800-858-1496.  Thank you.

*December 7th, 2:30 p.m.*
Ireeta or Terry Morris, this is Michael Bournaman.  Please return a call to my office at 1-800-858-1496.  Again that number is 1-800-858-1496.  Thank you.

*Tuesday, 3:08 p.m.*
Hi, this message is for Terry Morris.  My name is Erica Whitaker.  It is in your best interest to return my call in a timely fashion.  My direct contact phone number is 1-888-634-5402.