Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
TERRY MORRIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TERRY MORRIS,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>            Defendant. | Case No.: **1:11-cv-00287-AWI -DLB**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, TERRY MORRIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

1
2                                       RESPECTFULLY SUBMITTED,
3    DATED:  March 31, 2011              KROHN & MOSS, LTD.
4
5                                   By:  /s/ Michael S. Agruss
6                                        Michael S. Agruss
                                         Attorney for Plaintiff,
7                                        TERRY MORRIS
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# PROOF OF SERVICE

I, Nathan Adkins, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On March 31, 2011, I served the following documents:
**NOTICE OF SETTLEMENT**
On the parties listed below:

Jeff Topor
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
jtopor@snllp.com

By the following means of service:

[X] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[] **BY FACSIMILE:** I transmitted the documents listed above by facsimile machine to the facsimile number listed above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on March 31, 2011, at Los Angeles, California.

By: _____
Nathan Adkins